*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, GANNON
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Gregory L. BOLES**
Special Warfare Boat Operator Senior Chief (E-8), U.S. Navy
*Appellant*

**No. 202500088**

———————————————

Decided: 27 May 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Mitchell D. Bishop

Sentence adjudged 5 November 2024 by a general court-martial tried at Naval Air Station Jacksonville, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 118 months, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

For Appellant:
*Commander Jeanne W. Murray, JAGC, USN*

—————————————

[1] Appellant was credited with have served 201 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

We note however that Specifications 2-6, 8-10, and 12-14 of the Charge, to which Appellant pleaded not guilty, were not withdrawn and dismissed by the Government on the record. This eventuality was a negotiated term of the plea agreement and was specifically discussed with Appellant.[3] Although the Entry of Judgment indicates those specifications were withdrawn and dismissed, we find no evidence in the record of that actually occurring. Therefore, pursuant to our authority under Article 66, Uniform Code of Military Justice, we now **DISMISS** Specifications 2-6, 8-10 and 12-14 of the Charge.

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] App. Ex. II at 9; R. at 71-72.